COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Alain Paredes-Ruiz v. The State of Texas

Appellate case number:   01-19-00200-CR

Trial court case number:  1405821

Trial court:                      177th District Court of Harris County

Appellant's motion for extension of time to file his appellate brief is GRANTED.

Appellant's brief is due Tuesday, November 5, 2019. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually

Date:  _October 29, 2019_____